IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-03111-RPM

MARTHA PHILLIPS,

    Plaintiff,

v.

RICHARD HUNG HSU,

    Defendant.

_____

ORDER DENYING DEFENDANT'S MOTION FOR PROTECTIVE ORDER
_____

On July 30, 2013, the defendant filed a motion for a protective order to prevent the proposed deposition of Cheng-Chih Hsu, the defendant's father in Peoria, Illinois. The plaintiff filed a response on August 7, 2013. The plaintiff's response demonstrates the potential relevance of information to be provided by the father given that the defendant claims loss of memory of the events giving rise to the claim of wrongful death in this case. Whether that information may also be relevant to the declaratory judgment action in Illinois is not a reason to deny the plaintiff an opportunity to explore the father's knowledge of his son's condition before and after the events in dispute. It is

    ORDERED that the motion for protective order is denied.

    Dated: August 8th, 2013

                                                BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Richard P. Matsch, Senior District Judge