IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-03111-RPM

MARTHA PHILLIPS,

     Plaintiff,

v.

RICHARD HUNG HSU,

     Defendant.

_____

ORDER DENYING MOTION TO CONSOLIDATE
_____

     On August 30, 2013, Defendant Richard Hung Hsu filed a motion to consolidate this civil

action with Civil Action 13-cv-02262-WYD.  Briefing on the motion has been completed.  It is

     ORDERED that the motion to consolidate is denied, and it is

     FURTHER ORDERED that the Defendant's Motion to Stay Proceedings, filed

September 11, 2013, is denied.

     Dated:   October 4th, 2013

                     BY THE COURT:

                     s/Richard P. Matsch
                     _____
                     Richard P. Matsch, Senior District Judge