**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                October 24, 2013
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 12-cv-03111-RPM

MARTHA PHILLIPS,                                          Beth A. Morrison Klein

     Plaintiff,

v.

RICHARD HUNG HSU,                                         Chelsey M. Burns

     Defendant.

_____

### COURTROOM MINUTES
_____

**Hearing on Motion to Compel**

**1:50 p.m.        Court in session.**

Court's preliminary remarks.

Ms. Burns states defendant's current condition and answers questions asked by the Court (amnestic seven day period).
Argument by Ms. Burns [20].

**Defendant shall provide credit/debit financial information of 72 hours prior to the incident.**
**Defendant shall provide face book pages from one month before to one month after the incident.**

Argument by Ms. Klein [20].

**Defendant shall provide telephone record as stated on record.**

Further argument by Ms. Burns.

**Defendant shall provide medical records that support defendant's diagnosis of traumatic amnesia.**

**ORDERED:**   Plaintiff's Motion to Compel [20], granted in part as stated on record.

**2:10 p.m.        Court in recess.**

Hearing concluded. Total time: 20 min.