IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-03111-RPM

MARTHA PHILLIPS,

      Plaintiff,

v.

RICHARD HUNG HSU,

      Defendant.

_____

ORDER GRANTING MOTION TO STRIKE DEFENSE OF FAILURE TO MITIGATE
_____

      Upon review of Plaintiff's motion to strike the defense of failure to mitigate[44] filed today, it is

      ORDERED that the motion is granted.

      Dated:   November 26th, 2013

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____

                        Richard P. Matsch, Senior District Judge