IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-03111-RPM

MARTHA PHILLIPS,

Plaintiff,

v.

RICHARD HUNG HSU,

Defendant.

---

ORDER ON PENDING MOTIONS #40 AND #46

---

Upon consideration of the defendant's motion for protective order (#40), filed November 4, 2013, and the plaintiff's motion for extension of time for filing dispositive motions (#46), together with the plaintiff's motion for partial summary judgment (#57), filed December 10, 2013, it is

ORDERED, that the defendant's motion for protective order (#40) is denied. It is

FURTHER ORDERED that the plaintiff's motion for extension of time to file dispositive motions (#46) is granted and the plaintiff's motion for partial summary judgment (#57) is filed only as to the designation of CDOT as a non-party tortfeasor and not on the issues of liability and causation. The defendant will respond to that part of the plaintiff's motion on or before January 14, 2014. It is

FURTHER ORDERED that the other pending motions will be set for hearing in due course.

Dated: December 26th, 2013

BY THE COURT:

s/Richard P. Matsch

__________________________________
Richard P. Matsch, Senior District Judge