IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

12-cv-03111-RPM

MARTHA PHILLIPS,

Plaintiff,

v.

RICHARD HUNG HSU,

Defendant.

---

### ORDER RE STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

This matter is before the Court on the Stipulated Motion for Dismissal with Prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii) entered into by Plaintiff Martha Phillips and Defendant Richard Hung Hsu and the Court being fully advised in the premises of the Stipulation to Dismiss and finding good cause appearing.  It is,

HEREBY ORDERED all claims between Plaintiff Martha Phillips and Defendant Richard Hung Hsu are dismissed with prejudice.  It is,

FURTHER ORDERED each party shall bear his or her own costs and attorney fees.

Dated this 18th day of June, 2014.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge